

LAW OFFICES OF

## Jorge Guttlein & Associates

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575                    FAX: 212 385-0231

July 13, 2007

Honorable Loretta Preska
United States District Judge
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

**Re: United States v. Raymond Goris
07 CR 563**

Dear Judge Preska:

We have been retained by the defendant and his family to represent him in the above captioned matter. We respectfully request permission from this Court <u>to substitute</u> as counsel. For your review, we have enclosed our executed Notice of Appearance form.

Thank you for your attention to this matter.

SO ORDERED
_Loretta A. Preska_
LORETTA A. PRESKA
U.S. DISTRICT JUDGE

July 19, 2007

Respectfully,
Jorge Guttlein & Associates

By: _____
Jorge Guttlein, Esq.

JG/vm
Enclosures

Cc:   w/enclosure
      Brendan Robert McGuire, Esq.
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007

      Edgardo Ramos, Esq. (CJA)
      Day Pitney, L.L.P.
      875 Third Avenue, 28th Floor
      New York, NY 10022