

LAW OFFICES OF

## *Jorge Guttlein & Associates, P.C.*

291 Broadway, Suite 1500
New York, N.Y. 10007
info@jorgeguttlein.com

Tel: 212 608-3188               Fax: 212 385-0231

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

May 27, 2008

**VIA FACSIMILE (212) 805-7941**
Loretta A. Preska
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

<u>Re: **United States v. Raymond Goris**</u>
07 Cr 563

Dear Judge Preska:

We write this letter requesting one more adjournment of the sentence presently scheduled for May 28, 2008 at 12:00 p.m. We are still awaiting documents from Mr. Goris's family relevant to mitigation of sentence. We expect them this week. Accordingly, we respectfully request a two week adjournment of the sentence. We do not expect any further adjournments. The government does not oppose.

We submit this brief adjournment would be in the interests of justice.

Respectfully,
Jorge Guttlein & Associates

By: *Jorge Guttlein*
Jorge Guttlein, Esq.

*[Handwritten: Sentencing is adjourned to June 11 at 3:00pm. Mr. Guttlein is reminded again of the need to request adjournments in a timely manner. May 27, 2008]*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

JG/ec

Cc: Brian McGuire, Esq.
Assistant United States Attorney
One Saint Andrews Plaza
New York, New York 10007

Walter J. Quinn
U.S. Probation Officer
233 Broadway, 14th Floor
New York, New York 10007

**LEGAL MAIL**
Raymond Goris
Reg No. 60084-054
MCC NEW YORK
Metropolitan Correctional Center
150 Park Row
New York, NY 10007