UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

        v.

RAYMOND GORIS,

            Defendant.

------------------------------x

**ORDER**

07 Cr 563 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Debra C. Freeman, United States Magistrate Judge, on February 1, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Indictment knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

*Sentencing shall be on June 11 at 3:00 p.m.*

Dated: June 9, 2008

_Loretta A. Preska_
The Honorable Loretta A. Preska
United States District Judge